# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
    § CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -01701(1)
    §
(1) Enrique Lopez-Hernandez §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 19, 2022** in **Terrell** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Enrique LOPEZ-Hernandez, an alien, entered, or was found in the United States at or near Sanderson, Texas, after having been denied admission, excluded, deported, or removed from the United States through San Ysidro, Ca on 09/11/2021, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"Enrique LOPEZ-Hernandez, an alien, entered, or was found in the United States at or near Sanderson, Texas, after having been denied admission, excluded, deported, or removed from*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/22/2022           at    DEL RIO, Texas
File Date                     City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE       Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.           Case Number: DR:22-M -01701(1)

(1) Enrique Lopez-Hernandez

**Continuation of Statement of Facts:**

the United States through San Ysidro, Ca on 09/11/2021, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,"

_____       _____
Signature of Judicial Officer                                    Signature of Complainant